1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID K. SCHUBRING,

         Plaintiff,

    vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:15-cv-03537-HSG

**ORDER GRANTING
TELEPHONIC APPEARANCE AT
THE CASE MANAGEMENT
CONFERENCE**

Date:   November 3, 2015
Time:  2:00 p.m.
Ctrm:  15
Judge: Haywood S. Gilliam, Jr.

     The Court having reviewed the Request to Appear Telephonically at the Case Management Conference by counsel for Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), finds good cause exists to enter an order approving the request to appear telephonically at the Case Management Conference, which is set for November 3, 2015 at 2:00 p.m. in Courtroom 15, before the Honorable Haywood S. Gilliam, Jr.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  October 21, 2015

                    _Haywood S. Gill Jr._
                    Hon. Haywood S. Gilliam, Jr.
                    United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

145559.1

1

Case No.  3:15-cv-03537-HSG
ORDER GRANTING TELEPHONIC APPEARANCE
AT THE CASE MANAGEMENT CONFERENCE